Priority  
Send ✓  
Enter  
Closed  
JS-5/JS-6 NO  
JS-2/JS-3  
Scan Only  

FILED  
CLERK US DISTRICT COURT  
MAY 22 2006  
CENTRAL DISTRICT OF CALIFORNIA  
BY ___ DEPUTY

LODGED  
CLERK, U.S. DISTRICT COURT  
MAY 18 2006  
CENTRAL DISTRICT OF CALIFORNIA  
BY ___ DEPUTY

DOCKETED ON CM  
MAY 23 2006  
BY ___ 005

1 SUE ELLEN WOOLDRIDGE  
  Assistant Attorney General  
2 Environment & Natural Resources Division  
  United States Department of Justice  
3  
  MATTHEW A. FOGELSON  
4 Environmental Enforcement Section  
  Environment & Natural Resources Division  
5 United States Department of Justice  
  301 Howard Street, Suite 1050  
6 San Francisco, CA 94105  
  Telephone: (415) 744-6470  
7 Facsimile: (415) 744-6476  
  E-mail: Matthew.Fogelson@usdoj.gov  
8  
  Additional Counsel Listed on Next Page  
9  

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Civil Action No. 03-5470-ABC(FMOx) |
| ACORN ENGINEERING COMPANY; AEROSOL SERVICES COMPANY, INC.; BCY INDUSTRIAL ENTERPRISES; DWM PROPERTIES, LLC; HOWARD LIM, WALTER LIM, SYLVIA LIM AND NANCY LIM; GOE ENGINEERING CO., INC.; HEXCEL CORPORATION; LANSCO DIE CASTING, INC.; C. ROY HERRING, Individually and as Trustee of the MIRIAM HERRING TRUST; HERRING INVESTMENTS, LLC; MASCO BUILDING PRODUCTS CORP.; SALTIRE INDUSTRIAL, INC. (f/k/a SCOVILL, INC.); DANIEL SAPARZADEH; SOMITEX PRINTS OF CALIFORNIA, INC.; UNION PACIFIC RAILROAD COMPANY; and UTILITY TRAILER MANUFACTURING COMPANY, | [PROPOSED] ORDER |
| Defendants. | |

66

1  ELIZABETH F. KROOP
   Environmental Enforcement Section
2  Environment & Natural Resources Division
   United States Department of Justice
3  P.O. Box 7611
   Washington, D.C. 20044
4  Telephone: (202) 514-5244
   Telecopier: (202) 514-2583
5  Elizabeth.Kroop@usdoj.gov

6
   DEBRA WONG YANG
7  United States Attorney for the
   Central District of California
8  1200 U.S. Courthouse
   312 North Spring Street
9  Los Angeles, California 90012
   Telephone: (213) 894-2434
10 Facsimile:  (213) 894-0141

11 Attorneys for the United States of America

12                    [PROPOSED] ORDER

13      Upon consideration of the United States' Unopposed Request to Enter The

14 Consent Decree As To Defendant Saltire Industrial, Inc. (f/k/a Scovill, Inc.), this

15 Court hereby ORDERS:

16      The Consent Decree is entered as final judgment against Saltire Industrial,

17 Inc. (f/k/a Scovill, Inc.).

18      The principal amount of $500,000 (five hundred thousand dollars) deposited

19 by Saltire Industrial Inc, Inc. in escrow in accordance with Consent Decree

20 paragraph 4.a., plus accrued interest thereon, shall be remitted to the United States

21 in accordance with Consent Decree paragraph 4.c.

22

23 Date: 5/22/06

24                                    _____
                                      AUDREY B. COLLINS
25                                    United States District Judge

- 2 -

| | |
|---|---|
| 1 | Respectfully submitted, |
| 2 | SUE ELLEN WOOLDRIDGE |
| | Assistant Attorney General |
| 3 | Environment and Natural Resources Division |
| 4 | United States Department of Justice |

MATTHEW A. FOGELSON
Trial Attorney
Environmental Enforcement Section
Environment & Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, CA 94105
Telephone: (415) 744-6470
Facsimile: (415) 744-6476

Dated: May 17, 2006.

SCANNED

- 3 -